# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-10-00783-CV

**Appellant, Republican Governors Association// Cross-Appellant, Chris Bell, Appellant**

**v.**

**Appellee, Chris Bell// Cross-Appellee, Republican Governors Association, Appellee**

---

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES HENSON AND GOODWIN
REVERSED AND RENDERED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE GOODWIN;
JUSTICE HENSON NOT PARTICIPATING**

---

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is reversed, and judgment is rendered that Bell take nothing. We also reverse the trial court's take nothing judgment on Republican Governors Association's claim for attorney's fees and remand that claim for reconsideration in light of our judgment. It is **FURTHER** ordered that the appellee pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.